April 18, 2008

Mr. Reagan W. Simpson
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002-5213
Ms. Lisa Powell
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, TX 78502-3725

RE: Case Number: 05-0835
 Court of Appeals Number: 13-03-00560-CV
 Trial Court Number: 98-J-0590-C

Style: BIC PEN CORPORATION
 v.
 JANACE M. CARTER, AS NEXT FRIEND OF BRITTANY CARTER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Becky Denn |
| |Mr. Brendan K. |
| |McBride |
| |Mr. O. Rey Rodriguez|